UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHENS MEDIA LLC, etc., ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-2285-MMD-RJJ |
| ) | |
| vs. ) | |
| ) | |
| CITIHEALTH, L.L.C., etc., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Plaintiff's Response to the Court's Order of may 24, 2012 Order to Show Cause (#15).

The Court having reviewed the Response (#15) and good cause appearing therefore,

IT IS HEREBY ORDERED that a recommendation to dismiss this case will not be issued.

IT IS FURTHER ORDERED that Plaintiff's request for an additional sixty (60) days, to and including July 30, 2012, to file an application for default judgment for, among other things, a request for permanent injunction, is **GRANTED.**

DATED this   2d   day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge