AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Stephens Media LLC

Plaintiff,

v.

CitiHealth LLC

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-CV-2285 MMD-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Default Judgment is GRANTED. Judgment is entered for Plaintiff and against Defendant in the amount of $200,000 plus accrued interest from the date of the judgment until paid.

August 6, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk