AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Stephens Media LLC

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CitiHealth, L.L.C.

Case Number: 2:09-cv-02285-MMD-RJJ

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that attorneys' fees are awarded to Plaintiff Stephens Media LLC and against Defendant CitiHealth, L.L.C. in the amount of $ 23,933.10.

August 9, 2013                      /s/ Lance S. Wilson

Date                                                   Clerk

/s/ Shelly Denson

(By) Deputy Clerk